Frank Chirino, Esq., SBN 239568
**DiMarco | Araujo | Montevideo**
A Professional Law Corporation
1324 North Broadway
Santa Ana, California 92706
Telephone: (714) 835-6990
Facsimile: (714) 568-1845

Attorneys for Plaintiff CELINA ESTRADA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CELINA ESTRADA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT (28 U.S.C §2761, *et. seq.*)** |

COMES NOW Plaintiff CELINA ESTRADA (hereinafter "Plaintiff"), by and through her attorneys, DiMarco │Araujo │ Montevideo, and submits this Complaint for Damages against the above-named Defendant. The claims herein are brought against the Defendant pursuant to the Federal Torts Claims Act (28 U.S.C. §2671, *et. seq.*) Plaintiff hereby alleges:

GENERAL ALLEGATIONS

1. That jurisdiction is proper in this case pursuant to 28 U.S.C. §1346(b)(1).

2. That venue is proper in that all of the events described herein occurred in the City of Santa Ana, County of Orange, State of California.

3. That plaintiff is informed and believes and thereon alleges, that at all times mentioned herein, the United States Postal Service is and was a federal governmental entity operating within the County of Orange, State of California.

4. That plaintiff is informed and believes and thereon alleges, that all times mentioned herein, Suzanne Mary Price was employed by the United States Postal Service, and that she was acting in her capacity as an employee of that agency at the time of the incident.

5. That defendant UNITED STATES OF AMERICA is liable for the acts and/or omissions of government employees, including Suzanne Mary Price, while acting within the scope of their employment.

6. That on or about May 24, 2018, plaintiff presented a claim for damages to the United States Postal Service, for the injuries and damages suffered by her in compliance with the provisions of the applicable statutes. The United States Postal Service mailed a settlement offer to plaintiff's counsel on February 6, 2019, but has not, as of the filing of this Complaint, made a final disposition of the plaintiff's claim. Thus, the filing of this Complaint is proper under 28 U.S.C. § 2675(a), as plaintiff has exercised her option to deem the agency's failure to make a final disposition of her claim as a "final denial" of her claim.

7. That at all times mentioned herein, Suzanne Mary Price, acting in the course and scope of her employment, was driving a 1993 Grumman Mail Delivery Truck, in the city of Santa Ana, California.

8. That at all times mentioned herein, the vehicle referenced in paragraph 7 was owned by defendant UNITED STATES OF AMERICA and the United States Postal Service, and said vehicle was, at the time and place of the accident hereinafter alleged, being operated, entrusted and/or maintained by defendant UNITED STATES OF AMERICA, the United States Postal Service, and Suzanne Mary Price, each with the permission of the others.

9. That at all times mentioned herein, plaintiff CELINA ESTRADA was the owner of a 2006 Dodge Charger, bearing California license plate number 5RJT474, and she was operating this vehicle at the time of the incident.

10. That on or about January 13, 2017, near the intersection of Civic Center Drive and Fairlawn Avenue, in the City of Santa Ana, County of Orange, State of California, defendant UNITED STATES OF AMERICA, the United States Post Office, and Suzanne Mary Price, and each of them, so negligently maintained, operated and entrusted their vehicle that said vehicle was forced to and did cause a collision with plaintiff's vehicle.

11. That as a direct result of the above-described negligence, and by reason of the collision thereby caused, plaintiff, CELINA ESTRADA, sustained the following injuries and damages:

    a. Injuries to the body and limbs, all to general damages in an amount to be ascertained;

    b. Necessary past and future medical expenses in an amount not yet fully ascertainable;

    c. Loss of earnings and loss of earning capacity in an amount not yet fully ascertainable.

WHEREFORE, plaintiff prays for judgment against defendant for all causes of action, as follows:

    1. For general damages according to proof;

    2. For actual medical expenses incurred;

    3. For future medical expenses according to proof;

    4. For actual loss of earnings sustained;

    5. For future loss of earnings and loss of earning capacity;

    6. For costs of suit incurred herein;

    7. For interest according to law; and

    8. For such other and further relief as the Court may deem just and proper.

1
2
3
4   DATED: April 29, 2019                    **DiMarco | Araujo | Montevideo**
5
6                                            By: _____
7                                                 FRANK CHIRINO, Esq.
                                                  Attorneys for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28